IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATISHA CORRELL, on behalf of herself and all others similarly situated, | ) ) ) Civil Action No.: 2:13-cv-01610-MBC ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ONE THREE FIVE, INC. d/b/a BLUSH, | ) **Filed Electronically** ) ) |
| Defendants. | ) ) |

## PROPOSED ORDER

This matter being before the Court on Plaintiffs' Motion to Dismiss Opt-in Plaintiff Carmen Angiulli Pursuant to Rule 41(a)(2), this Court hereby finds that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that Plaintiff Carmen Angiulli is hereby DISMISSED from this action without prejudice. All other Plaintiffs and their claims remain.

It is so ORDERED, this 23rd day of April, 2014.

*Maurice B. Cohill, Jr.*

The Honorable Maurice B. Cohill, Jr.

United States District Judge